■ DELOS J. BUSH, as Guardian ad Litem of FREDERICK BUSH, Appellant, v STATE OF NEW YORK, Respondent.—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Quigley, J. (Appeal from Judgment of Court of Claims, Quigley, J.—Medical Malpractice.) Present—Callahan, J. P., Denman, Balio, Lawton and Davis, JJ.